EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Aprobación de Cambio de<br>Estatus Inactivo de mayo 2023 | 2023 TSPR 79<br><br>212 DPR ___ |

Número del Caso:  EM-2023-0007

Fecha:  23 de junio de 2023

Materia: Aprobación de Cambio de Estatus Inactivo de mayo 2023

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de        EM-2023-0007
mayo de 2023

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de junio de 2023.

Durante el mes de mayo de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Angulo Rivera, Rafael | 2,985 |
| Rodríguez Valledor, María | 6,342 |
| Alcalá Quesada, Rafael A. | 6,435 |
| Chaar Dávila, Miguel A. | 6,837 |
| Ayala Nieves, Myrta | 6,838 |
| Escoda Valdés, Jasmín I. | 6,893 |
| Castro López, Carmine | 7,245 |
| Claussell Reyes, Carlos L. | 8,067 |
| Bermúdez Meléndez, Rafael | 8,317 |
| Landrón Pérez, Otto E. | 8,400 |
| Gómez Valentín, Ezequiel | 8,513 |
| Acevedo Torres, Marilia | 9,212 |
| Díaz López, Wallesca | 9,406 |
| Torres Irizarry, Ramón N. | 10,582 |
| Rivera Ortiz, Maritza | 11,500 |
| Cabán Muñiz, Seyri | 15,128 |
| Valencia Vargas, Karen Pamela | 23,111 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo